## CANTON-EAST LIVERPOOL COACH CO v P U C

Ohio Supreme Court

No 22302. Decided Dec. 24, 1930

Marshall, CJ, Kinkade, Jones, Matthias and Allen, JJ, concur.